IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**16) EDWIN SANTOS-MARTINEZ**,<br>a/k/a Chino, a/k/a Chinito<br>Defendant | CRIMINAL 08-0281-16CCC |

## ORDER

      Having considered the Magistrate Judge's Report and Recommendation Re: Amendment 782 filed by U.S. Magistrate-Judge Justo Arenas on January 15, 2015 (**D.E. 3381**), the same is APPROVED and ADOPTED. Accordingly, as provided in the Administrative Directive issued in Misc. No. 14-426(ADC), the United States, defense counsel and the U.S. Probation Officer shall meet to discuss the Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) filed by defendant [16] Edwin Santos-Martínez on November 20, 2014 (D.E. 3329) and act pursuant to the procedure established in said Directive.

      SO ORDERED.

      At San Juan, Puerto Rico, on March 24, 2015.

                                              S/CARMEN CONSUELO CEREZO
                                              United States District Judge